Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

*FILED* ✓   LODGED ___
RECEIVED ___   COPY ___
JUN 27 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REFERENCE CJvLR 5.4, 7.1(a)(1)
(Rule Number/Section)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

| | | |
|---|---|---|
| James Withlow Delano | ) | Case No.   CV-19-2811-PHX-DLR |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| Rowland Network Communications, LLC | ) | |
| *Defendant(s)* | ) | |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

I.   **The Parties Filing This Answer to the Complaint**

| | |
|---|---|
| Name | Rowland Network Communications, LLC |
| Street Address | 5440 E Dallas St |
| City and County | Mesa, (Maricopa County) |
| State and Zip Code | Arizona, 85205 |
| Telephone Number | 480-454-1020 |
| E-mail Address | krowland@rowlandnet.com |

### II. The Answer and Defenses to the Complaint

**Asserting Affirmative Defenses to the Claims for Relief**

All plaintiff's claims of Copyright Infringement is negated by the Fair Use provision of the Copyright Act (17 U.S.C. § 107) based on the following factors:

**1. Purpose of Use:**

A. To show a small sample and positively share the existence of Plaintiff's full work with appropriate web link to encourage Defendant's web site visitors to visit Plaintiff's web page article. Defendant did not use image for any other purpose than to promote Plaintiff's work for Plaintiff's benefit.

B. To allow discussion of the topic through Defendant's commenting system displayed right below the summary section.

Defendant asserts Fair Use exemption based on this factor.

**2. Nature of use:**

Defendant runs a news integrator style website. Defendant posts teasers and small limited samples of newsworthy stories and encourages clicking through to the original sources. Defendant did not offer for sale, as a replacement or as an alternative of Plaintiff's original work. This link sharing is no different than Facebook or Twitter style public sharing.

Defendant asserts Fair Use exemption based on this factor.

**3. Amount of use:**

Defendant used a small thumbnail sample of the work, from one of many images within Plaintiff's body of work, linked to in the Defendant's post. Defendant cropped and scaled down the image to a smaller representation of what could be expected if people would click through to Plaintiff's web post.

Defendant asserts Fair Use exemption based on this factor.

**4. Effect of use:**

Defendant's use was to enhance the publicity of Plaintiff's work and does not reduce the Plaintiff's marketability of said work, in fact may have encouraged enrichment by Plaintiff. Plaintiff's post was noteworthy, news worthy and of historical significance. It is worthy of bringing attention to his work and so Defendant felt it was worthy of sharing the link.

Defendant asserts Fair Use exemption based on this factor.

**5. Financial effect of use:**

Defendant makes no money on sharing stories, except maybe a few dollars from display ads, however this post is one of thousands on the site. After doing some analysis, one could see there would be a difficult process to determine if any ad revenue was made by Defendant and equally difficult to determine any enrichment by the Plaintiff from referrer traffic directed from Defendant's web post to Plaintiff's post. Defendant is helping Plaintiff get more exposure and for others to enjoy his other images that are posted in the article on the Nat Geo website.

Defendant asserts Fair Use exemption based on this factor.

## III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

**For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-19-2019

Signature of Defendant

Printed Name of Defendant   Keith Rowland, managing partner of
Rowland Network Communications, LLC