IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitlow Delano,<br><br>Plaintiff,<br><br>v.<br><br>Rowland Network Communications LLC,<br><br>Defendant. | No. CV-19-02811-PHX-DLR<br><br>**ORDER** |

On May 2, 2019, Plaintiff filed this action against Defendant Rowland Network Communications LLC. On June 27, 2019, Keith Rowland, Defendant's managing partner, filed an answer on Defendant's behalf. (Doc. 13.)

Appearances in federal court are governed by 28 U.S.C. § 1654, which states in relevant part, "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel." This section, however, "does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney." *Rowland v. Calif. Men's Colony*, 506 U.S. 194, 202 (1993). Indeed, "it has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." *Id.* at 201-02; *see also Multi-Denominational Ministry of Cannabis and Rastafari, Inc. v. Holder*, 365 Fed. App'x 817, 819 (9th Cir. 2010) ("the law is clear that incorporated entities must be represented by counsel in court"); *Larsen v. Lauriel Inv. Inc.*, 161 F. Supp. 2d 1029, 1034 n.1 (D. Ariz. 2001) (noting that *pro*

*se* defendant "may not represent . . . a corporate defendant"). Limited liability companies, like corporations and partnerships, are artificial legal entities. *Joe Hand Promotions, Inc. v. Smith*, No. 2:09-cv-01047-JWS, 2010 WL 2292315, at *3 (D. Ariz. June 7, 2010) ("It is well established that limited liability companies are distinct legal entities, separate from their members."). As such, the rule requiring counsel for artificial entities applies equally to limited liability companies.

Here, there is no indication that Keith Rowland is a licensed attorney. He therefore cannot represent Defendant—an LLC—in federal court. Rather, if Defendant intends to appear and defend itself, it must do so through a licensed attorney. For this reason,

**IT IS ORDERED** as follows:

1. The answer filed by Keith Rowland (Doc. 13) is **STRICKEN** because there is no indication that Keith Rowland is a licensed attorney and he therefore is not authorized to appear on behalf of Defendant Rowland Network Communications, LLC.

2. Defendant Rowland Network Communications, LLC shall have until **August 2, 2019** to retain counsel and answer or otherwise respond to the complaint.

3. If Defendant Rowland Network Communications, LLC fails to respond to the complaint, through counsel, within the timeframe specified herein, Plaintiff may apply for entry of default in accordance with Fed. R. Civ. P. 55(a).

Dated this 11th day of July, 2019.

Douglas L. Rayes
United States District Judge