Jay Calhoun (Bar No. 022836)
THE CALHOUN LAW FIRM, PLC
P.O. Box 2995
Tempe, Arizona 85280
firm@law4sb.com
Tel: (480) 967-1800
Fax: (480) 967-1810

Attorneys for Defendant Rowland Network Communications, LLC

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| James Whitlow Delano,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Rowland Network Communications, LLC, an Arizona limited liability company,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-02811-DLR<br><br>**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT**<br><br>The Honorable Douglas L. Rayes |

　　　　Please take notice that Jay Calhoun and The Calhoun Law Firm, PLC appear in this case as counsel for defendant Rowland Network Communications, LLC, an Arizona limited liability company.

Dated this 31st day of July 2019

　　　　　　　　　　　　　　THE CALHOUN LAW FIRM, PLC

1

2

3                                                 By */s/ Jay Calhoun*

4                                                 Jay Calhoun

5                                                 P.O. Box 2995

6                                                 Tempe, Arizona 85280

7                                                 Attorney for Plaintiff

8                              **CERTIFICATE OF SERVICE**

9          I certify that on the 31st day of July 2019, I electronically filed the foregoing

10  Appearance with the Clerk's Office using the CM/ECF system for filing and transmittal of

11  a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

12

13  */s/Jay Calhoun*

14

15

16

17

18

19

20

21

22

23

24

25

26