Jay Calhoun (Bar No. 022836)
THE CALHOUN LAW FIRM, PLC
P.O. Box 2995
Tempe, Arizona 85280
firm@law4sb.com
Tel: (480) 967-1800
Fax: (480) 967-1810

Attorneys for Defendant Rowland Network Communications, LLC

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@liebowitzlawfirm.com

Attorneys for Plaintiff James Delano

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| James Whitlow Delano, | Case No. 2:19-cv-02811-DLR |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| Rowland Network Communications, LLC, an Arizona limited liability company, | |
| Defendant. | The Honorable Douglas L. Rayes |

IT IS HEREBY STIPULATED between the parties through their respective attorneys that Defendant Rowland Network Communications, LLC may have additional time within

1

which to answer or otherwise respond to plaintiff's complaint. The last day for defendant to answer or otherwise respond to plaintiff's complaint is Monday, August 26, 2019.

Good cause exists for this extension as defense counsel has just been retained as counsel and requires time to become knowledgeable about the case to prepare initial pleading and confer with plaintiff's counsel in good faith before filing any motion under Rule 12(b)(6) or 12(c).

This document is being electronically filed through the Court's CM/ECF System. In this regard, counsel for defendant hereby attest that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED this 31st day of July 2019

**THE CALHOUN LAW FIRM, PLC**

By: */s/ Jay Calhoun*
Jay Calhoun
Attorneys for Defendant
ROWLAND NETWORK
COMMUNICATION, LLC


**LIEBOWITZ LAW FIRM, PLLC**

By: */s/ Richard Liebowitz*
Richard Liebowitz
Attorneys for Plaintiff
JAMES WHITLOW DELANO

## CERTIFICATE OF SERVICE

I certify that on the 31st day of July 2019, I electronically filed the foregoing Stipulation with the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/Jay Calhoun*