**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| James Whitlow Delano, | Case No. 2:19-cv-02811-DLR |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| Rowland Network Communications, LLC, an Arizona limited liability company, | |
| Defendant. | |

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Monday, August 26, 2019.

DATED: _____          _____

                                HON. DOUGLAS RAYES

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26