IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitlow Delano,<br><br>Plaintiff,<br><br>v.<br><br>Rowland Network Communications LLC,<br><br>Defendant. | No. CV-19-02811-PHX-DLR<br><br>**ORDER** |

This case is part of the Mandatory Initial Discovery Pilot project ("MIDP") being conducted in the District of Arizona under General Order 17-08. Under the MIDP, parties must respond to mandatory initial discovery subjects early in the litigation and before traditional discovery begins under the Federal Rules of Civil Procedure. General Order 17-08, ¶ (A)(2). The parties are to address their compliance with the MIDP in their Rule 26(f) report and at the Rule 16 case management conference. *Id.*, ¶ (A)(9).

The General Order provides that "[a] party seeking affirmative relief must serve its responses to the mandatory initial discovery no later than 30 days after the first pleading filed under Rule 12(a) in response to its complaint, counterclaim, crossclaim, or third-party complaint." *Id.*, ¶ (A)(6). It further provides that "[a] party filing a responsive pleading, whether or not it also seeks affirmative relief, must serve its initial discovery responses no later than 30 days after it files its responsive pleading under Rule 12(a)." *Id.*[1]

---

[1] These requirements do not apply if the parties certify that no discovery will be conducted in the case, and may be extended for 30 days if the parties jointly certify to the Court that they are seeking to settle the case and have a good faith belief that it will be resolved within 30 days of the due date for their responses. *Id.*

1. The parties in this case have requested an extension of Defendant's time to answer the complaint. (Doc. 17.) The Court concludes that the parties have shown good cause, and will grant a one-time extension until **August 26, 2019** for Defendant to respond to the complaint. Because the effectiveness of the MIDP depends, in part, on early disclosures, the Court will not grant additional extensions.

**IT IS ORDERED** that Defendant's time to respond to the complaint is extended until **August 26, 2019**. No further extensions will be granted.

Dated this 1st day of August, 2019.

_____
Douglas L. Rayes
United States District Judge