# EXHIBIT B







| Home | Radio Show ⌄ | Members ⌄ | Our Hosts ⌄ | Daily News | Old Stuff ⌄ | Search… |



## This Is What the U.S.-Mexico Border Wall Actually Looks Like

POSTED ON MARCH 7, 2016 IN GOVERNMENT | 1418 VIEWS | LEAVE A RESPONSE

The candidates for president of the United States, particularly on the Republican side, have hotly debated how to handle the roughly 2,000-mile (3,200-kilometer) border between the United States and Mexico.

Donald Trump has famously and repeatedly promised to seal the border with a wall if he's elected. He and others have promised to send people who illegally crossed the border—a number that appears to have leveled off—back to Mexico. For these people, the border wall isn't an abstraction. Many parts of the border are already covered in fences. In other spots, the wall is not made of bricks, but out of scanners, drones, and guards.

Photographer James Whitlow Delano has visited the border several times in the past decades as these walls have gone up. These are his photos and stories:

In the photo above, the border wall separates Jacumba, California, from Jacume, Mexico, in the high desert. Even after the first border barricade was built here in the mid-1990s to disrupt human and drug traffickers, residents of Jacume could cross freely into Jacumba to buy groceries or to work, and children would be brought across to go to school or to the health clinic. Since September 11, 2001, security has turned a ten-minute walk into a two-hour drive through the official border crossing in Tecate, segregating these communities from each other. After

### Pop-Up Player
9pm-Mid PT / Mid-3am ET
Dark Matter Digital Network
Listen Line: (641) 793-0747

### Call Into The Show
(480) 571-3540
Skype: MITD Call In

### JOIN HERE
To Be A Time Traveler
Listen to Past Shows

### The Wormhole
Send Message to Host

### Our Music
Open: Jay Juliano
Bumps: Midnight Syndicate
Close: Crystal Gayle

ten years, Jacume, a village of 600, was called "a black hole," where even Mexican federal agents had been held hostage for attempting to extort money from smugglers.

Read More: *National Geographic*

### 1   Watch Live Now

Watch Live Coverage! Today Online News

### 2   Stream Live Radio - (Free)

All Your Favorite Radio Stations Live From Your Browser. Download Now. freestreamingradio.net



POSTED IN GOVERNMENT | TAGGED BORDER, MEXICO, TRUMP, UNITED STATES

**RELATED POSTS**

 Donald Trump Time Travel Theory→

 LISTEN: What UFOs and Bigfoot have in common with Donald Trump→

 Donald Trump Wants to Send Astronauts to Mars During His Presidency→

 Exorcists warn against Wiccan spell to bind Donald Trump→

**2 Comments**      Sort by

Add a comment...

 **Torch E Wood**
so are we looking north or south... lol
Like · Reply · 3y

 **Derek Johnson**
As a fanatic Art fan for more than a decade!! I can't stomach the fact that Art bu this snake oil salesman says. Please Art use your wit! Think. You have young ki
Like · Reply · 3y

Facebook Comments Plugin

**FOLLOW AND LIKE US EVERYWHERE**

Midnight in the Desert

  

Dave Schrader

 

Dark Matter Network

  

**Shop Related Products**


The Art of Talk
$35.68


The Coming Global Superstorm
$6.99

(36) (142)

 

Google WiFi system, 3-Pack - Router repl…
$239.99

Border: A Journey to the Edge of Europe
$8.78 $16.00

(5857) (16)

**Ads by Amazon**

### IMPORTANT POSTS

 Introduction to Dave Schrader, Host of MITD
MAY 9, 2018

 Advertising and Sponsorships
DECEMBER 12, 2015

 FAQ
DECEMBER 11, 2015

 Become an Affiliate
OCTOBER 1, 2015

 Finding MITD on CC-Wifi Radios
SEPTEMBER 29, 2015








©2018 Rowland Network Communications, LLC.    Contact Us | Take Down Requests | Terms of Service | Privacy Policy | About Us