Richard Liebowitz (RL-1234)
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitlow Delano,<br><br>                      Plaintiff,<br><br>     - against -<br><br><br>Rowland Network Communications, LLC<br><br>                   Defendant. | Case No. 2:19-cv-02811 (PHX-MTL) |

### <u>DECLARATION OF RICHARD LIEBOWITZ</u>

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

    1.    I am lead counsel of record for Plaintiff James Whitlow Delano ("Plaintiff") in the above-referenced action and submit this declaration in support of Plaintiff's motion for reconsideration of the Court's order concerning service of process.

    2.    Attached as <u>Exhibit A</u> is a true and correct copy the "Declaration of Due Diligence By Private Process Server," dated May 30, 2019, which shows that an attempt to serve Defendant Rowland Network Communications, LLC ("Rowland") was made through its statutory agent Keith Rowland at 5440 E. Dallas St. in Mesa, Arizona on May 11, 2019. However, the service attempt was unsuccessful.

    3.    Plaintiff neglected to file the document attached as Exhibit A in response to Defendant's Rule 12(b)(5) as a result of administrative oversight.

4.    Attached as <u>Exhibit B</u> is a true and correct copy of an e-mail, dated May 12, 2020, showing that Plaintiff's counsel asked Defendant's sole counsel of record Jay A. Calhoun, Esq. of Calhoun Law Firm PLLC to waive service of process. Defense counsel responded that he was not authorized to accept service on Defendant's behalf.

Dated: May 12, 2020
Valley Stream, New York

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

by: **/richardliebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowtizlawfirm.com

*Counsel for Plaintiff*

2