# EXHIBIT A

Valleywide Process Service
2931 E. Marco Polo
Phoenix, AZ 85050
(602) 262-2555

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JAMES WHITLOW DELANO, | ) | Case No: CV-19-2811-PHX-DLR |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF DUE DILIGENCE |
| | ) | BY PRIVATE PROCESS SERVER |
| ROWLAND NETWORK COMMUNICATIONS, LLC, | ) | |
| Defendant. | ) | |

Jack Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;
2. On May 11, 2019 at 8:00 p.m., 5/14/19 at 12:43 p.m., 5/30/19 at 3:00 p.m., I attempted/caused to be attempted delivery to ROWLAND NETWORK COMMUNICATIONS, LLC by and through Statutory Agent KEITH ROWLAND at 5440 E. Dallas St in Mesa, Arizona the Summons In A Civil Action; Jury Trial Demanded; Civil Cover Sheet; Instruction for Attorney Completing Civil Coversheet Form JS 44; Exhibits A & B filed with/issued by this Honorable Court in this matter and unable to effect delivery;
3. Cameras;
4. No for sale, rent, lease sign or lock box;
5. Personal effects visible;
6. Obviously occupied;
7. Vehicle: red LaCrosse #BFF7977(AZ);
8. The fee for this service was $50.00.

I swear under penalty of perjury pursuant to the laws of the United States of America this 30th day of May, 2019 that the foregoing is true and correct.

_____
Jack Cox