# EXHIBIT B



James Freeman <jf@liebowitzlawfirm.com>

# Fwd: Delano v. Rowland Network Communications LLC
2 messages

---------- Forwarded message ---------
From: **Jay Calhoun** <firm@law4sb.com>
Date: Tue, May 12, 2020 at 11:31 AM
Subject: Re: Delano v. Rowland Network Communications LLC
To: Richard Liebowitz <rl@liebowitzlawfirm.com>

Mr. Liebowitz,

I am not authorized to accept service.

Jay Calhoun, Esq. | Founder
THE CALHOUN LAW FIRM, PLC
t (480) 967-1800 | f (480) 967-1800
E:mail: firm@law4sb.com | www.law4sb.com
**A premier business | corporate | intellectual property law firm**

On Fri, May 8, 2020 at 3:08 PM Richard Liebowitz <rl@liebowitzlawfirm.com> wrote:

Hi Jay,

Are you authorized to accept service of the complaint? If so, I will send you a waiver of service.

Thank you.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

---

**James Freeman** <jf@liebowitzlawfirm.com>       Tue, May 12, 2020 at 12:25 PM
To: Richard Liebowitz <rl@liebowitzlawfirm.com>

Got it.

[Quoted text hidden]