IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitlow Delano,<br><br>                              Plaintiff,<br><br>- against -<br><br><br>Rowland Network Communications, LLC<br><br>                              Defendant. | Case No. 2:19-cv-02811 (PHX-MTL) |

**PROPOSED ORDER**

WHEREAS, Plaintiff James Whitlow Delano ("Plaintiff") has moved the Court pursuant to LRCiv 7.2 for reconsideration of the Court's conclusion in its Order, dated May 8, 2020 [Dkt. #30, pp.10-11] (the "Order") that service of process of the amended complaint upon Defendant Rowland Network Communications, LLC ("Rowland" or "Defendant") was not proper.

UPON GOOD CAUSE SHOW, and upon review of the Plaintiff's motion and new evidence submitted in support thereof,

IT IS HEREBY ORDERED that the Court's Order is modified as follows:  service of process of the summons and complaint was properly made upon Defendant in compliance with Rule 4.1(i) of the Arizona Rules of Civil Procedure or A.R.S. § 29-606.

Dated: _____, 2020

**SO ORDERED:**

_____

Michael T. Liburdi (U.S.D.J.)