UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES WHITLOW DELANO<br><br>            Plaintiff,<br><br>      v.<br><br>ROWLAND NETWORK<br>COMMUNICATIONS, LLC<br><br>            Defendant. | Case No.: 2:19-cv-2811-DLR |

### MOTION FOR AN EXTENSION OF TIME TO SERVCE DEFENDANT

Plaintiff has been attempting to serve Defendant however has been unsuccessful to date. Plaintiff respectfully requests an extension until June 19, 2020 to serve Defendant.

The Court's consideration is much appreciated.

                                                                /s/Richard Liebowitz
                                                                Richard Liebowitz

                                                                *Counsel for Plaintiff*