UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES WHITLOW DELANO<br><br>               Plaintiff,<br><br>v.<br><br>ROWLAND NETWORK<br>COMMUNICATIONS, LLC<br><br>               Defendant. | **Case No.: 2:19-cv-2811-DLR** |

**PROPOSED ORDER**

Plaintiff's request for an extension of time to serve Defendant is grant to June 19, 2020


Dated:_____


SO ORDERED:_____
             Honorable Michael T. Liburdi