Valleywide Process Service
2931 E. Marco Polo
Phoenix, AZ 85050
(602) 262-2555

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JAMES WHITLOW DELANO, | ) | Case No: CV-19-2811-PHX-DLR |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | DECLARATION DELIVERY BY |
| ROWLAND NETWORK | ) | PRIVATE PROCESS SERVER |
| COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendant. | | |

John Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;

2. On May 24, 2020 at 3:36 p.m., I delivered to ROWLAND NETWORK COMMUNICATIONS, LLC by and through statutory agent Keith Rowland at 5440 E. Dallas St. in Mesa, Arizona the Civil Cover Sheet; Summons; Amended Complaint; Jury Trial Demand; Exhibits filed with/issued by this Honorable Court in this matter by delivery to Keith Rowland;

3. Keith Rowland: C, M, 6'0", 60s, 240, glasses;

4. The fee for this service was $50.00.

I swear under penalty of perjury this 25th day of May, 2020 that the foregoing is true and correct.

_____
John Cox