# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitlow Delano, | No. CV-19-02811-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Rowland Network Communications LLC, | |
| Defendant. | |

Before the Court is Plaintiff's Motion for An Extension of Time to Serve Defendant (Doc. 33), in which Plaintiff requests an extension from May 29, 2020 to June 19, 2020 to serve Defendant. As justification, the motion states that Plaintiff has attempted to serve Defendant "but has been unsuccessful to date." (*Id.*)

**IT IS ORDERED** that Plaintiff's Motion for An Extension of Time to Serve Defendant (Doc. 33) is **granted to the limited extent** that the deadline for Plaintiff to serve Defendant is extended to **June 12, 2020**.

There will be no further extensions of this deadline for any reason.

Dated this 26th day of May, 2020.

Michael T. Liburdi
United States District Judge