Jay Calhoun (SBN 022836)
The Calhoun Law Firm, PLC
PO Box 7262
Chandler, AZ 85246
firm@law4sb.com
Tel: (480) 967-1800
Fax: (480) 967-1810

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitlow Delano,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Rowland Network Communications, LLC, an Arizona limited liability company,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-02811-MTL<br><br>**NOTICE OF SERVICE OF DEFENDANT'S MANDATORY INITIAL DISCOVERY RESPONSES** |

　　　　PLEASE TAKE NOTICE that on July 6, 2020, undersigned counsel for Defendant service counsel of record for Plaintiff with copies of Defendant's Mandatory Initial Discovery Responses and Disclosures pursuant to Fed. R. Civ. 26(a)(1) and this Court's Order (Doc. 40) via First-class U.S. Mail and E-mail at the address listed below.

　　　　Richard P. Liebowitz
　　　　Liebowitz Law Firm, PLC
　　　　11 Sunrise Plaza, Suite 305
　　　　Valley Stream, NY 11580-6111
　　　　rl@liebowitzlawfirm.com

　　　　　　　　　　　　　　　　　　THE CALHOUN LAW FIRM, PLC

1

/s/ Jay Calhoun
PO Box 7262
Chandler, AZ 85246
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on the July 6, 2020, I electronically filed Notice of Service of Mandatory Initial Discovery Responses with the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/Jay Calhoun*