**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Michael T. Liburdi | **Date:** July 9, 2020 |
| **Case Number:** CV-19-02811-PHX-MTL | |
| **Delano v. Rowland Network Communications LLC** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Richard Paul Liebowitz | Jay A. Calhoun |

**TELEPHONIC SCHEDULING CONFERENCE/SHOW CAUSE HEARING**

11:00 a.m. This is the time set for Telephonic Scheduling Conference and Show Cause Hearing.

Discussion held regarding the Joint Discovery Case Management Plan, (Doc. 44). The Court will issue a separate scheduling order setting the deadlines in this case.

**IT IS ORDERED** that by no later than **Friday, July 24, 2020**, Plaintiff's counsel shall file a written statement in response to the Order to Show Cause why he should not be sanctioned under Rule 11(a) of the Rules of Civil Procedure, which requires every pleading, written motion, and other paper to be signed by at least one attorney of record. Additionally, the statement should address Rule 16(f) in general and Rule 16(f)(2), which allows the Court to impose monetary sanctions, and Rule 37(b)(2)(A), for not obeying a discovery order. Defendant's counsel may file a response to the statement if they choose to do so by **Friday, August 7, 2020**. Plaintiff's counsel may file a reply by **Friday, August 14, 2020**.

11:15 a.m. Court adjourned.

| | |
|---|---|
| Deputy Clerk: Rebekka Walder | **15 minutes** |
| Court Reporter: Barbara Stockford | **Start: 11:00 AM** |
| | **Stop: 11:15 AM** |