IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitlow Delano,<br><br>Plaintiff,<br><br>v.<br><br>Rowland Network Communications, LLC, an Arizona limited liability company,<br><br>Defendant. | Case No. 2:19-cv-02811-MTL<br><br>**ORDER** |

The Court having received and considered Defendant's Motion for Issuance of an Order to Show Cause (Doc. 48) and for good cause appearing;

**IT IS ORDERED** that on _____, 2020 at _____ a.m/p.m., Plaintiff and Plaintiff's counsel shall appear and show cause as to why Plaintiff and/or his counsel should not be sanctioned, and this Court should not issue further just orders, under Fed. R. Civ. P. 37(b)(2)(A)(C) including but not limited to payment of expenses, staying/extending certain Scheduling Order deadlines, or dismissal of this action due to Plaintiff's failure to obey a discovery order of this Court (Doc. 40), the Court's May

3, 2019 Notice to Parties – Mandatory Initial Discovery Pilot Project including General Order 17-08 (Doc. 6) and serve his Mandatory Initial Discovery ("MIDP") responses.