Richard Liebowitz
Liebowitz Law Firm, PLLC
RL1234
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580


UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES WHITLOW DELANO,<br><br>                           Plaintiff,<br><br>  - against -<br><br>ROWLAND NETWORK COMMUNICATIONS, LLC<br><br>                          Defendant. | Docket No. 2:19-cv-2811-DLR |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. The parties will file a stipulation of dismissal with prejudice within the next 30 days.

/s/Richard Liebowitz
Richard Liebowitz

Counsel for Plaintiff

/s/Jay Calhoun
Jay Calhoun

Counsel for Defendant Rowland Network Communications, LLC