Jay Calhoun (SBN 022836)
The Calhoun Law Firm, PLC
PO Box 7262
Chandler, AZ 85246
firm@law4sb.com
Tel: (480) 967-1800
Fax: (480) 967-1810

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitlow Delano, | Case No. 2:19-cv-02811-MTL |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rowland Network Communications, LLC, an Arizona limited liability company, | |
| Defendant. | |

Plaintiff, James Whitlow Delano ("**Delano**") and Defendant Rowland Network Communications, LLC (the "**Rowland**") each represented by undersigned counsel, hereby stipulate that the Court may dismiss all of Delano's claims against Rowland, with prejudice, with said parties to bear their respective attorneys' fees and costs. A proposed form of order is submitted contemporaneously herewith.

Dated this 3rd day of August, 2020.

1

Leibowitz Law Firm, PLC

By /s/ Richard Liebowitz*
    Richard Liebowitz
    Liebowitz Law Firm, PLC
    11 Sunrise Plaza, Suite 305
    Valley Stream, NY  11580
    *Attorneys for Delano*

The Calhoun Law Firm, PLC

By /s/ Jay Calhoun
    Jay Calhoun
    P.O. Box 7262
    Chandler, AZ  85246
    *Attorneys for Rowland Comm'n*

## **CERTIFICATE OF SERVICE**

I certify that on the August 3, 2020, I electronically filed Stipulation for Dismissal with the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.