Jay Calhoun <firm@law4sb.com>

## Re: Rowland adv Delano
1 message

**Richard Liebowitz** <rl@liebowitzlawfirm.com>                                    Mon, Aug 3, 2020 at 8:30 AM
To: Jay Calhoun <firm@law4sb.com>

> Thank you.
>
> On Mon, Aug 3, 2020 at 11:28 AM Jay Calhoun <firm@law4sb.com> wrote:
>> Richard,
>>
>> Thank you. ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
>>
>> Jay Calhoun, Esq. | Founder
>> THE CALHOUN LAW FIRM, PLC
>> t (480) 967-1800 | f (480) 967-1800
>> E:mail: firm@law4sb.com | www.law4sb.com
>> **A premier business | corporate | intellectual property law firm**
>>
>>
>> On Mon, Aug 3, 2020 at 8:26 AM Richard Liebowitz <rl@liebowitzlawfirm.com> wrote:
>>> Yes, thank you.
>>>
>>> On Mon, Aug 3, 2020 at 11:23 AM Jay Calhoun <firm@law4sb.com> wrote:
>>>> Richard,
>>>>
>>>> Do I have your permission to sign the Stipulation for you?
>>>>
>>>> Jay Calhoun, Esq. | Founder
>>>> THE CALHOUN LAW FIRM, PLC
>>>> t (480) 967-1800 | f (480) 967-1800
>>>> E:mail: firm@law4sb.com | www.law4sb.com
>>>> **A premier business | corporate | intellectual property law firm**
>>>>
>>>>
>>>> On Sat, Aug 1, 2020 at 10:05 AM Richard Liebowitz <rl@liebowitzlawfirm.com> wrote:
>>>>> Looks good. Thank you.
>>>>>
>>>>> On Sat, Aug 1, 2020 at 12:39 PM Jay Calhoun <firm@law4sb.com> wrote:
>>>>>> Richard,
>>>>>>
>>>>>> ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
>>>>>>
>>>>>> Jay Calhoun, Esq. | Founder
>>>>>> THE CALHOUN LAW FIRM, PLC
>>>>>> t (480) 967-1800 | f (480) 967-1800
>>>>>> E:mail: firm@law4sb.com | www.law4sb.com
>>>>>> **A premier business | corporate | intellectual property law firm**
>>>>>>
>>>>>>
>>>>>> On Fri, Jul 31, 2020 at 7:54 PM Richard Liebowitz <rl@liebowitzlawfirm.com> wrote:
>>>>>>> Hi Jay,